COURT OF APPEALS OF VIRGINIA

Present:   Judges McClanahan, Haley and Senior Judge Willis

LARRY LEE BIBBLE

MEMORANDUM OPINION[*]

v.      Record No. 0960-10-3

PER CURIAM
OCTOBER 5, 2010

L.A. PIPELINE CONSTRUCTION COMPANY, INC. AND
  COMMERCE & INDUSTRY INSURANCE COMPANY

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(John B. Krall; Ritchie Law Firm, P.L.C., on briefs), for appellant.

(Kathryn Lea Harman; Jessica Argiros Gorman; Semmes, Bowen & Semmes, on brief), for appellees.

Larry Lee Bibble appeals a decision of the Workers' Compensation Commission finding that certain injuries he suffered after March 4, 2009 were not causally related to his compensable injury by an automobile accident on August 8, 2008.  We have reviewed the record and the commission's opinion and find that this appeal is without merit.  Accordingly, we affirm for the reasons stated by the commission in its final opinion.  See Bibble v. L.A. Pipeline Constr. Co., VWC File No. 239-76-43 (Apr. 9, 2010).  We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

Affirmed.

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.